**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Carol Curran,<br><br>     Plaintiff,<br>v.<br><br>Bay Area Credit Services; and<br>DOES 1-10, inclusive,<br><br>     Defendants. | Civil Action No.: 1:11-cv-12069-DPW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 30, 2011

                                                           Respectfully submitted,

                                                           PLAINTIFF, Carol Curran

                                                           /s/ Sergei Lemberg

                                                           Sergei Lemberg, Esq.
                                                           B.B.O. No.: 650671
                                                           **LEMBERG & ASSOCIATES L.L.C.**
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                           Telephone: (203) 653-2250
                                                           Facsimile: (203) 653-3424
                                                           slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2011, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                            Sergei Lemberg